## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Christine Borovoy

        Plaintiff,

v.                                                                          Case No.: 1:22–cv–04251

                                                                                          Honorable Joan B. Gottschall

Mark Anthony Brands Inc.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 5, 2022:

      MINUTE entry before the Honorable Joan B. Gottschall: Pursuant to the plaintiff's notice of voluntary dismissal [6], this case is dismissed with prejudice. The parties shall bear their own costs and fees. All pending deadlines are stricken.Civil case terminated. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.